# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| DON RAYMOND PARRISH, | Case No. C11-460-JLR-JPD |
|---|---|
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 4. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 22.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings, including, but not limited to, the following actions: The Administrative Law Judge (ALJ) shall further consider and specify the weight given to the opinions of Dr. Packer (Tr. 909), Dr. Collingwood (Tr. 679-682), Dr. Morgan (Tr. 706, 712), and Dr. Sandvik (Tr. 625-628); the ALJ shall further consider plaintiff's subjective complaints; the ALJ shall further consider plaintiff's residual functional

capacity; the ALJ shall further consider and specify the weight given to Crystal Parrish's lay witness statements (Tr. 35-52, 166-174); and the ALJ shall, if necessary, with vocational expert testimony, re-evaluate plaintiff's ability to perform other work in the national economy.

A proposed order accompanies this Report and Recommendation.

DATED this 25th day of August, 2011.

/s/ James P. Donohue

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2